# United States District Court

| WESTERN | DISTRICT OF | TEXAS, EL PASO DIVISION |

UNITED STATES OF AMERICA

V.

Juan De Dios RAMIREZ-Garcia

EPT 721-1228

(Name and Address of Defendant)

**FILED**
DEC 2 8 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## CRIMINAL COMPLAINT

CASE NUMBER: 09 - 7176m

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 25, 2009** in **El Paso** county, in the **Western** District of **Texas** DEFENDANT(s) did, (Track Statutory Language of Offense)

An alien who had been Removed from the United States and who had not received consent to reapply for admission from the Attorney General of the United States or the Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557, was found in the United States.

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a (n) **Prosecutions Officer / Senior Patrol Agent** and that this complaint is based on the following facts:

On December 25, 2009 at approximately 02:20 A.M., Border Patrol Agent Juan Guerra observed an individual crossing the Rio Grande River, walking north toward his location, approximately 2.1 miles west of the Paso Del Norte Port Of Entry in El Paso, Texas. Agent Guerra approached the individual, identified himself as a United States Border Patrol Agent and questioned the individual as to his citizenship. The individual, later identified as the DEFENDANT, stated that he was citizen of Mexico with no immigration documents allowing him to be in or remain in the United States legally.

Continued on the attached sheet and made a part hereof: [X] Yes [ ] No

Signature of Complainant
**Angelica Parra**
U.S. Border Patrol

Sworn to before me and subscribed in my presence,

**December 28, 2009**
Date

**El Paso, Texas**
City and State

**Richard P. Mesa**
**United States Magistrate Judge**
Name & Title of Judicial Officer

Signature of Judicial Officer

WESTERN DISTRICT OF TEXAS

Juan De Dios RAMIREZ-Garcia

EPT 721-1228

December 28, 2009
FACTS (CONTINUED)
The DEFENDANT was placed under arrest and transported to the El Paso Border Patrol Station for further questioning.

The DEFENDANT was enrolled into the ENFORCE/IDENT/IAFIS systems. The system identified the DEFENDANT by his fingerprints and photo, indicating an alert for prior immigration history. The DEFENDANT was advised of his Miranda Rights in spanish, which he acknowledged by signing Form I-214.

IMMIGRATION HISTORY:

REMOVED FROM THE U.S. ON OR ABOUT 07/28/2008 via El Paso, Texas.

In a record of sworn statement in affidavit form the DEFENDANT admitted to being previously removed from the United States.

CRIMMINAL HISTORY:
None.

Further immigration records checks revealed that the defendant has not received the permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.